**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JONATHAN WARE,**
**ADC #653450**                                                                                  **PLAINTIFF**

**v.**                              **CASE NO. 2:10cv00045 BSM/BD**

**CLARENCE KELLEY, et al.**                                                      **DEFENDANTS**

**ORDER**

The court has received the recommended disposition from Magistrate Judge Beth

Deere.  After careful review of the recommendation, the timely objections received thereto,

as well as a *de novo* review of the record, it is concluded that the recommended disposition

should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's claims are DISMISSED with prejudice.  This dismissal will count as a

strike for purposes of 28 U.S.C. § 1915(g).  It is certified that an appeal from the dismissal

of this matter would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 18th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE