UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JONATHAN WARE,**
**ADC #653450**                                                                           **PLAINTIFF**

**v.**                    **CASE NO. 2:10cv00045 BSM/BD**

**CLARENCE KELLEY, et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of June, 2010.

 

_____
UNITED STATES DISTRICT JUDGE